WILLIAM BROWN, PETITIONER, v.
ALLEN INDUSTRIES, INC., RESPONDENT.

*Mr. Joseph Butt* for petitioner.

*Mr. Verling C. Enteman* for respondent.

October 19, 1965.   Denied.

STEPHEN SZABO, *ET. AL.*, PLAINTIFFS-PETITIONERS, v.
THE STATE OF NEW JERSEY, DEPARTMENT OF CON-
SERVATION AND ECONOMIC DEVELOPMENT, DEFEND-
ANT-RESPONDENT.

*Messrs. Goldstein & Albert* for petitioners.

*Messrs. Arthur J. Sills,* Attorney General of New Jersey
and *Henry Sevrin,* Deputy Attorney General for respondent.

October 19, 1965.   Denied.